**Order entered June 17, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00261-CV

### IN THE INTEREST OF A.B. AND E.B., CHILDREN

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-53861-2020**

## ORDER

Appellant's brief in this appeal was filed prematurely, before the filing of the clerk's and reporter's records. *See* TEX. R. APP. P. 38.6(a). Because the brief must contain citations to the record, we **STRIKE** appellant's June 1, 2021 brief. *See id.* 38.1.

We note the reporter's record in this appeal has not been filed because appellant has not paid or made arrangements to pay the reporter's fee. Accordingly, we **ORDER** appellant to file, no later than June 28, 2021, written verification he has paid or made arrangements to pay for the reporter's record or is entitled to proceed without payment of costs under Texas Rule of Civil Procedure

145.  We caution appellant that failure to file the requested verification may result in the appeal being submitted without the reporter's record.  *See* TEX. R. APP. P.37.3(c).

The deadline for appellant's brief shall be set by the Court once the issue concerning the reporter's record has been resolved.


/s/     KEN MOLBERG
        JUSTICE